■ The People of the State of New York, Respondent, v Richard DeSimone, Appellant.—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Nassau County (Baker, J.), imposed June 25, 1990. By decision and order of this Court dated January 13, 1992, the appeal was dismissed *(see, People v DeSimone, 179 AD2d 673).* By order of the Court of Appeals dated October 27, 1992, the decision and order of this Court was reversed and the matter was remitted for further proceedings *(see, People v DeSimone, 80 NY2d 273).*

Ordered that the sentence is affirmed.

We have reviewed defendant's claim that his sentence is excessive and find it to be without merit *(see, People v Suitte, 90 AD2d 80; cf., People v Kazepis, 101 AD2d 816).* Mangano, P. J., Harwood, Lawrence and Miller, JJ., concur.